AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL NO. 73, PLAINTIFF-APPELLANT, v. THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

NEW JERSEY CIVIL SERVICE ASSOCIATION, A NEW JERSEY CORPORATION, NEW JERSEY STATE EMPLOYEES ASSOCIATION, A NEW JERSEY CORPORATION, KAREN LAWVER AND WINNIE GLOVER, PLAINTIFFS-APPELLANTS, v. STATE OF NEW JERSEY AND BRENDAN T. BYRNE, GOVERNOR OF THE STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

Argued January 14, 1975—Decided January 14, 1975.

*Mr. Joel H. Sterns* argued the cause for the appellant American Federation of State, County, and Municipal Employees, Council No. 73 (*Messrs. Sterns & Greenberg,* attorneys).

*Mr. David I. Fox* argued the cause for the appellants New Jersey Civil Service Association, New Jersey State Employees Association, Karen Lawver and Winnie Glover (*Messrs. Fox and Fox,* attorneys).

*Mr. Theodore A. Winard,* Assistant Attorney General, argued the cause for the respondents (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM. Certification is granted and the judgment of the Appellate Division is reversed. We have determined that proper interpretation of the agreements leads to the conclusion that the parties have bargained for and agreed upon the designation of January 15 (Dr. Martin Luther King's birthday) as a paid holiday for the membership of the plaintiff associations.

For reversal—Chief Justice HUGHES, Justices JACOBS, MOUNTAIN, PASHMAN and CLIFFORD and Judge CONFORD —6.

For reversal—None.